CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 23 2005

JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ROY M. TERRY, JR., *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. HARDESTY,<br>INNOVATIVE BUSINESS<br>CONSULTING, INC., and<br>HATCHLANDS FINANCE, LTD.,<br><br>Defendants, | ) | CIVIL ACT. NO. 3:04CV00084<br><br>ORDER<br><br>JUDGE JAMES H. MICHAEL, JR. |

Before the court is the presiding United States Magistrate Judge's Report and Recommendation of July 25, 2005, wherein he recommended that the court grant the Receiver's July 11, 2005 Motion for Default Judgment and enter default judgment against Hatchlands Finance, Ltd. to the amount of $2,041,062.50. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the court accepts the Magistrate Judge's Report in its entirety. It is accordingly this day

ADJUDGED, ORDERED, and DECREED

as follows:

1. The Magistrate Judge's Report and Recommendation, filed July 25, 2005, shall be, and it hereby is, ACCEPTED in its entirety;

2. The Receiver's Motion for Default Judgment, filed July 11, 2005, shall be, and

it hereby is, GRANTED;

3. Default judgment shall be, and it hereby is, entered against Hatchlands Finance, Ltd.;

4. The Receiver recovers and has damages against defendant Hatchlands Finance, Ltd. to the amount of $2,041,062.50.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: [signature]
Senior United States District Judge

8/23/05
Date